IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GREGORY HEBBLER and MARION HEBBLER** § § § § | | **PLAINTIFFS** |
| **v.** § § § | Civil No. 1:23-cv-247-HSO-BWR | |
| **STATE FARM FIRE AND CASUALTY COMPANY** § § | | **DEFENDANT** |

## FINAL JUDGMENT

In accord with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 18th day of December, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE